Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LINDA RIEDY ROTH

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA RIEDY ROTH,<br><br>                          Plaintiff,<br><br>     v.<br><br>THE LAW OFFICE OF JOHN P. FRYE, P.C., a Virginia corporation; JOHN P. FRYE, in his official capacity; and ATLANTIC CREDIT & FINANCE, INC., a Virginia corporation,<br><br>                          Defendants. | Case No. 3:11-CV-01483-EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, LINDA RIEDY ROTH, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, LINDA RIEDY ROTH, hereby dismisses, with prejudice, all claims made by her against all Defendants in her Complaint filed herein on March 28, 2011.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.


Dated:  May 31, 2011                    /s/ Fred W. Schwinn
                                        Fred W. Schwinn, Esq.
                                        Attorney for Plaintiff
                                        LINDA RIEDY ROTH

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE            Case No. 3:11-CV-01483-EDL